# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00488-CR

## Ex parte Daniel Aguilar

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT
### NO. 00-O-235, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

**PER CURIAM**

Daniel Aguilar applied for a writ of habeas corpus seeking a reduction of pretrial bail. The writ issued and the relief sought was denied.

We have been advised by Aguilar's counsel that Aguilar has been tried and convicted in the underlying cause. The issue of pretrial bail is therefore moot.

This appeal and all pending motions are dismissed.

Before Justices Jones, Kidd and Yeakel

Dismissed as Moot

Filed:   October 26, 2000

Do Not Publish